UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY CARLSON,<br><br>                      Petitioner,<br><br>      v.<br><br>KELLY SANTORO,<br><br>                      Respondent. | Case No. LACV 19-056-VBF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

      To the extent Petitioner attempts to raise new claims in his Objections, the Court declines to formally address these belatedly-asserted allegations. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation.[1] Although Petitioner is pro se, he nevertheless had the opportunity to include all of his allegations at an earlier time but failed to do so. Moreover, Petitioner's claims are not

///

///

---

[1] See Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002).

1 | novel claims.² However, the Court has considered Petitioner's arguments and find they lack
2 | merit.
3 |     Petitioner's Objections otherwise lack merit for the reasons set forth in the Report and
4 | Recommendation.
5 |     Accordingly, IT IS ORDERED THAT:
6 |     1.    The Report and Recommendation is approved and accepted;
7 |     2.    Judgment be entered denying the First Amended Petition and dismissing this
8 |         action with prejudice; and
9 |     3.    The Clerk serve copies of this Order on the parties.

Dated: October 13 2021

/s/ Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

---

² See Sossa v. Diaz, 729 F.3d 1225, 1231 (9th Cir. 2013).