JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY CARLSON,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>KELLY SANTORO,<br><br>　　　　　　　　　　Respondent. | Case No. LACV 19-056-VBF (LAL)<br><br>**JUDGMENT** |

Final judgment is hereby entered in favor of the respondent and against petitioner Guy Carlson.  IT IS SO ADJUDGED.

DATED: October 13, 2021　　　　　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　　　　HONORABLE VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE